**No. 63563.**—The Fan Co. and National Carloading Corp. et al. *v.* United States, protests 156678–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.